# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Holden,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company, Embarq Corporation Group Long Term Disability Plan, and Embarq Corporation.<br><br>　　　　　Defendants. | Case No. CV 10-1129-DGC<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

　　　Pursuant to the parties' stipulation,

　　　IT IS HEREBY ORDERED that this entire action shall be dismissed with prejudice as to all defendants.  The parties are to bear their own respective costs and attorneys' fees.

　　　Dated this 11th day of February, 2011.

_____
David G. Campbell
United States District Judge